Buena Vista Mfg. Co. *v.* Chattanooga Door, etc. Co.

It not appearing that there was any abuse of discretion by the court below in granting an injunction and appointing a receiver, the judgment is                                                    *Affirmed.*

July 20, 1891.

From Marion county. Before Judge Fort. At chambers, May 25, 1891.

Thornton & McMichael, M. H. Blandford and W. D. Crawford, for plaintiff in error.

Butt & Lumpkin, B. P. Hollis and Clarke & Hooper, *contra.*

v 87-44